COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF REINSTATEMENT

Appellate case name:       Garrett Dewayne Washington v. The State of Texas

Appellate case number:    01-13-01038-CR

Trial court case number:   1186821

Trial court:             262nd District Court of Harris County

The court reporter filed a record of an abatement hearing held April 17, 2015. The trial court was unable to locate appellant as of that date and made a finding that appellant has abandoned his pro se appeal.

Pursuant to the Texas Rules of Appellate Procedure, we may consider an appeal in criminal cases without briefs as justice may require. Tex. R. App. P. 38.8(b)(4). We reinstate this appeal and will consider the appeal without briefs, based on the records previously filed by the reporter and clerk. *Id.* This case is now at issue and may be set for submission at any time.

It is so ORDERED.

Judge's signature:   ___/s/_Rebeca Huddle___
                        X Acting individually   ☐ Acting for the Court

Date: May 21, 2015

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



# Court of Appeals
# First District of Texas
## 301 Fannin Street ·
## Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

May 21, 2015

Garrett Dewayne Washington
SPN# 02385102  (4-F-4)
Harris County Jail
701 N. San Jacinto
Houston, TX 77002

Alan Curry
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office     .
1201 Franklin Ste 600
Houston, TX 77002-1923
* DELIVERED VIA E-MAIL *

**RE:    Court of Appeals Number: 01-13-01038-CR     Trial Court Case Number: 1186821**

**Style:** Garrett Dewayne Washington
v.
The State of Texas

On this date, an order was issued in the above-referenced cause.  You may obtain a copy of the Court's order at http://www.search.txcourts.gov/CaseSearch.aspx?coa=coa01&s=c.

If you have been required to provide a valid e-mail address to the Court and accept electronic service as outlined in Rule 9.1(a) and 9.4(g), a copy of this Notice of Distribution will be sent to you electronically via email.

For more information about a particular case, please visit the Court's website at http://www.txcourts.gov/1stCOA.

Sincerely,

Christopher A. Prine, Clerk of the Court
By Cheryl Roberts, Deputy Clerk